IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL #58 and ILLINOIS STATE PAINTERS WELFARE FUND,<br><br>  Plaintiffs,<br><br>v.<br><br>PLANT MAINTENANCE SERVICES, LLC,<br><br>  Defendant. | Case No. 24-CV-00697-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

  **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of August 8, 2025 (Doc. 47), this action is **DISMISSED with prejudice** with each party to bear their own attorney's fees and costs.

**DATED: August 8, 2025**

                                    MONICA A. STUMP,
                                    **Clerk of Court**


                                    By: *s/ Jackie Muckensturm*
                                         **Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn
              **STEPHEN P. MCGLYNN**
              **U.S. District Judge**